No. 1092. METALLIZING ENGINEERING Co., INC. *v.* KENYON BEARING & AUTO PARTS Co., INC. ET AL. June 10, 1946.

No. 1097. KNUDSEN *v.* STEGMAN. June 10, 1946.

No. 1115. BORRELLI *v.* ILLINOIS. June 10, 1946.

No. 1189. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. June 10, 1946.

No. 1210. GINSBURG *v.* SACHS ET AL. June 10, 1946.

No. 68. THOMPSON *v.* UNITED STATES. June 10, 1946. The motion for leave to file a third petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 667. WEST *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 668. WEST *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 669. ESTATE OF WEST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 670. WEST *v.* COMMISSIONER OF INTERNAL REVENUE. June 10, 1946. Third petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Ante,* p. 877.

No. 880. ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. June 10, 1946. The motion for leave to file a third petition for rehearing is denied.